IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TRON HOLDINGS LLC,<br>         PLAINTIFF,<br><br>V.<br><br>EXPEDIA, INC.,<br>         DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 6:22-CV-1057-LY |

## ORDER

Before the court is the above-referenced cause. On October 28, 2022, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice (Doc. #12) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As nothing further remains to be resolved in this case,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __31st__ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE